**STATE of Missouri, Respondent,**

v.

**Ronald Adrian SCHEPER, Appellant.**

**No. WD 38397.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied
April 14, 1987.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of offering violence to an employee of a correctional insti-

tution, 217.385 RSMo Cum.Supp.1984, and sentence of three years' imprisonment.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Larry HALL, Appellant.**

**No. WD 36947.**

Missouri Court of Appeals,
Western District.

Jan. 13, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 1987.

Application to Transfer Denied
April 14, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, J., Presiding, and PRITCHARD and DIXON, JJ.

PER CURIAM.

Defendant Larry Hall appeals from a jury conviction of assault in the first degree, § 565.050, RSMo 1978.

Affirmed. Rule 30.25(b).